UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v.                                              )<br>)<br>JAMEL R. WILLIAMS, )<br>d/b/a JW Tax Service, )<br>)<br>Defendant. ) | Case No. |

STIPULATED FINAL JUDGMENT OF PERMANENT INJUNCTION AGAINST
JAMEL R. WILLIAMS

Plaintiff, United States of America, and Defendant, Jamel R. Williams ("Williams"), agree and stipulate as follows:

1. The United States of America has filed a Complaint for Permanent Injunction under 26 U.S.C. §§ 7401, 7402, 7407, and 7408 of the Internal Revenue Code ("I.R.C.") against Williams.

2. Williams admits that the Court has subject matter over the action and personal jurisdiction over her and admits the allegations in paragraphs 7, 8, 9 and 10 of the complaint.

3. The parties wish to resolve this matter through this Stipulated Final Judgment of Permanent Injunction.

4. The parties waive the entry of findings of fact and conclusions of law under Rules 52 and 65 of the Federal Rules of Civil Procedure.

5. The parties understand and agree that this Stipulated Final Judgment of Permanent Injunction will be entered under Fed. R. Civ. P. 65 and will constitute the final judgment in this matter. The Parties waive the right to appeal from this judgment, and agree that

they will bear their respective costs, including any attorneys' fees or other expenses of this litigation.

6. The parties further understand and agree that the Court will retain jurisdiction over this matter for the purpose of implementing and enforcing the injunction, and Williams understands that if she violates the injunction, she may be subject to civil and criminal sanctions for contempt.

7. The parties agree that entry of this Stipulated Final Judgment of Permanent Injunction neither precludes the Internal Revenue Service from assessing penalties against Williams for violations of the Internal Revenue Code nor precludes Williams from contesting any such penalties.

8. The parties agree that entry of this Stipulated Final Judgment of Permanent Injunction resolves only this civil injunction action and neither precludes the government from pursuing any other current or future civil or criminal matters or proceedings nor precludes Williams from contesting her liability in any such matter or proceeding.

9. The parties agree that the United States may conduct post-judgment discovery, in accordance with the Federal Rules of Civil Procedure, for the purpose of monitoring Williams's good faith compliance with the injunction.

10. On the above bases, Williams consents to the entry of this Stipulated Final Judgment of Permanent Injunction without further notice and agrees to be bound by its terms.

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to I.R.C. §§ 7401, 7402, 7407 and 7408 that Defendant Williams, and her representatives, agents, servants, employees and/or anyone acting in active concert or participation with her, are **HEREBY PERMANENTLY ENJOINED** from directly or indirectly:

A. preparing or filing federal tax returns, amended returns, and other related tax documents and forms for others;

B. aiding, assisting, or advising with respect to the preparation or filing of federal tax returns, amended returns, refund claims, or other related documents for any person or entity other than herself;

C. engaging in any conduct that is subject to penalty under IRC §§ 6694, 6695, or 6701; and

D. engaging in any fraudulent or deceptive conduct that substantially interferes with the proper enforcement of the internal revenue laws.

**IT IS FURTHER STIPULATED AND AGREED** that the United States will be allowed full post-judgment discovery to monitor compliance with the injunction; and

**IT IS FURTHER STIPULATED AND AGREED** that the Court will retain jurisdiction over this action for the purpose of implementing and enforcing the final judgment and any additional orders necessary and appropriate to the public interest.

Consented and agreed to:

_____
Jamel R. Williams
265 42nd Street
Pittsburgh, PA  15201

*Defendant*

_____  5/3/12
Curtis J. Weidler
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7238
Washington, D.C. 20044
Tel: (202) 307-1439
Fax: (202) 514-6770

*Attorney for Plaintiff United States of America*

**IT IS SO ORDERED** this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE